

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Kevin Dewayne Ward v. The State of Texas

Appellate case number:   01-11-01015-CR

Trial court case number:   1778267

Trial court:                County Criminal Court at Law No. 8 of Harris County, Texas

An order appointing appellate counsel for appellant has been filed in a special clerk's record with the Clerk of this Court. The reporter's record in the underlying case has also been filed with the Clerk of this Court. Therefore, we order the appeal **reinstated**.

The Clerk of this Court is directed to enter Frances Bourliot in the Court's records as appellant's counsel on appeal.

The clerk's record and reporter's record have been filed in this Court. Appellant's brief is due 30 days from the date of this order, *see* TEX. R. APP. P. 38.6(a), unless a proper motion to extend time to file the brief is filed. *See* TEX. R. APP. P. 38.6(d). Appellee's brief will be due 30 days from the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/Justice Massengale
                             ☒Acting individually    ☐ Acting for the Court


Date:  September 4, 2012